HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC,

    Plaintiff,

  v.

LAZ PARKING CALIFORNIA, LLC,

    Defendant.

Case No. 20-cv-00280 RAJ

ORDER

      Pursuant to Order Granting Plaintiff's Motion for Default Judgment dated October 14, 2020, Dkt. # 11, Plaintiff has provided an updated accounting of interest owed by Defendant to Plaintiff's Trust, Dkt. # 12.

      Having considered the information, the Court orders judgment to be entered in the total amount of $33,977.67 as follows: contributions in the amount of $24,133.79; liquidated damages in the amount of $4,826.76; interest in the amount of $3,598.12 (calculated through October 15, 2020); attorney fee award of $924 and costs of $495.

      DATED this 16th day of October, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1